IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Christopher Franklin,

       Plaintiff,

       vs.                                 No.   3:08-cv-287

Illinois Central Railroad Company,       TRIAL BY JURY DEMANDED
d/b/a Canadien National/Illinois Central
Railroad (CNIC); a corporation,

       Defendant .

## COMPLAINT AT LAW

       NOW COMES the Plaintiff, Christopher Franklin, by and through his attorneys, FRANK W. PETRO, F. DANIEL PETRO, and PETRO & PETRO P.C., and for its Complaint against the Defendant, Illinois Central Railroad Company, a corporation, states as follows:

       1.       Jurisdiction of this court is invoked under the provisions of Title 45 U. S. code §56 and Title 28 U.S. code §1331.

       2.       The defendant Illinois Central Railroad Company is a corporation engaged in operating a railroad as a common carrier engaged in interstate commerce between the various states of the United States and is subject to service of process and to the jurisdiction of this Court.

       3.       At the time and place herein plaintiff was employed by the defendant, Illinois Central Railroad Company, as a trackman, and his duties as such were in furtherance of interstate commerce for defendant.  At said time, both plaintiff and defendant were subject to the Act of Congress known as the Federal Employer's Liability Act, 45 U.S. Code Sec. 51-60, and the amendments thereto.

4. That on or about August 21, 2007 at 7:30 a.m. plaintiff was injured while working for defendant at or near Kinmundy, State of Illinois.

5. Plaintiff was assigned to remove spikes from defendant's track. In order to perform this work plaintiff was provided with a spike puller machine and a lining/crow bar. As plaintiff was removing a spike with the lining/crow bar he was struck by a piece of moving equipment operated by one of defendant's employees and caused to be injured.

6. Plaintiff was acting at all times alleged herein within the scope of his employment and in furtherance of defendant's business, and it was its duty to exercise ordinary care to furnish plaintiff with a reasonably safe place in which to work; to provide reasonably safe tools and equipment; to use reasonably safe methods in it's track repair operations; to furnish plaintiff a reasonably safe method to perform his work; to warn plaintiff; to furnish plaintiff with sufficient and adequate assistance to perform his work.

7. Defendant at the time and place alleged, notwithstanding its duties to plaintiff, was careless and negligent in one or more of the following particulars and thereby caused injury to plaintiff:

    a) In failing to exercise ordinary care to furnish plaintiff with a reasonably safe place in which to work.

    b) In failing to exercise ordinary care to use reasonably safe methods in its operations.

    c) In failing to exercise ordinary care by failing to warn plaintiff.

      d)      In failing to keep a proper lookout when operating moving equipment.

      e)      In failing to reduce speed in order to avoid striking plaintiff.

      f)      In failing to heed hand signals of plaintiff.

      g)      In failing to yield to trackman working in the area when operating machinery on the tracks.

      h)      In failing to provide a flagman to protect plaintiff while removing spikes on track with moving equipment.

      i)      In failing to provide reasonable supervision and coordination of the track work being performed.

8.      The plaintiff sustained serious injuries resulting in whole or in part from the careless and negligent acts and omissions of defendant. By reason of the aforesaid injuries, plaintiff has suffered and will continue to suffer disability and physical pain; he has incurred and will continue to incur medical expense; he has been generally disabled from gainful employment and will continue to be disabled from any employment in the future; he has been disfigured; and he has lost and will continue to lose wages.

WHEREFORE, plaintiff, Christopher Franklin, asks for judgment against defendant, Illinois Central Railroad Company, in the amount of One Hundred Thousand Dolars ($ 100,000.00) plus costs and therefore brings this suit.

                                  ss/ F. Daniel Petro
                                  Petro & Petro P.C.
                                  100 N. LaSalle Street # 1605
                                  Chicago, Illinois 60602
                                  (312) 332-9596
                                  Attorneys for Plaintiff