UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER FRANKLIN,

    Plaintiff,

v.

ILLINOIS CENTRAL RAILROAD
COMPANY,

    Defendant.

Case No. 08-cv-287-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

By:s/Deborah Agans, Deputy Clerk

**Dated: July 30, 2008**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**